1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   JEFFREY A. DINKIN, Cal. Bar No. 111422
3  AARON W. HEISLER, Cal. Bar No. 232344
   MATTHEW M. SONNE, Cal. Bar No. 239110
4  1111 Chapala Street, Third Floor
   Santa Barbara, California  93101-3100
5  Telephone:  805-879-1800
   Facsimile:   805-879-1855
6  E-mail:       jdinkin@sheppardmullin.com
                 aheisler@sheppardmullin.com
7                msonne@sheppardmullin.com

8  Attorneys for Defendants
   EXXON MOBIL CORPORATION and
9  STATION OPERATORS INC.

10 JAMES R. HAWKINS APLC
   JAMES R. HAWKINS, Cal. Bar No. 192925
11 GREGORY E. MAURO, Cal. Bar No. 222239
   7700 Irvine Center Drive, Suite 800
12 Irvine, California  92618
   Telephone:  949-788-2911
13 Facsimile:   949-788-2912
   E-mail:       james@jameshawkinsaplc.com
14               greg@jameshawkinsaplc.com

15 LAW OFFICES OF SEAN S. VAHDAT & ASSOCIATES
   SEAN SASAN VAHDAT, Cal. Bar No. 239080
16 7700 Irvine Center Drive, Suite 800
   Irvine, California  92618
17 Telephone:  949-788-2949
   Facsimile:   949-788-2950
18 E-mail:       svahdatjdlaw@yahoo.com

19 Attorneys for Plaintiff Soheil Meili

20             UNITED STATES DISTRICT COURT

21    CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

22 SOHEIL MEILI, on behalf of himself          Case No. SACV09-00485 DOC (ANx)
   and all others similarly situated,
23                                             **FURTHER STIPULATION FOR
                                               ORDER TO CONTINUE
24             Plaintiffs,                      DISCOVERY CUT-OFF DATE,
                                               CERTIFICATION HEARING DATE
25        v.                                    AND CORRESPONDING
                                               BRIEFING SCHEDULE PENDING
26 EXXON MOBIL CORPORATION, a                   CONSIDERATION OF PRIVATE
   New Jersey Corporation; STATION              MEDIATION SETTLEMENT
27 OPERATORS INC., a Delaware                   PROPOSAL**
   Corporation, inclusive,
28                                             The Honorable David O. Carter
   _____Defendants._
                                      -1-

[Complaint Filed:  March 17, 2009]
[Removal Date:      April 17, 2009]
Trial Date:             None Set

In an Order filed in this putative wage-hour class action on June 21, 2010 [Doc. No. 24], the Court granted the previous stipulation of the parties to continue the dates set forth in the Order filed on February 22, 2010 [Doc. No. 21] to allow the parties to attempt to resolve this case at a private mediation.

The parties submitted this matter to non-binding mediation with nationally recognized mediator Mr. Mark Rudy, on June 30, 2010. As a result of that full-day mediation, mediator Rudy was able to construct a settlement proposal that included certain significant terms that were different from the proposals that had been previously exchanged between the parties throughout the course of the day. One party has agreed to the proposal. Based on the nature of the proposal, the other party requires additional time to consider its terms. If given sufficient time to consider the proposal and its terms, there is a reasonable likelihood that this matter can be resolved. Additionally, allowing the parties an additional period of time to attempt to settle the case without having to complete the necessary discovery and prepare the pleadings related to the motion for class certification would greatly increase the chances of a settlement being achieved. See Declaration of Mark S. Rudy filed herewith.

Currently, Plaintiff must file his motion for class certification by no later than July 26, 2010. Additionally, while the class certification discovery deadline is July 12, 2010, the parties have agreed to conduct certain discovery after the cutoff to accommodate the mediation process and pending settlement offer.

While recognizing that any settlement must be approved by the Court, the parties agree that the Court should not be required to expend valuable judicial resources in addressing the motion for class certification, or related discovery issues, as such efforts will become unnecessary should the settlement offer be accepted by both parties and approved by the Court. Similarly, the parties wish to postpone any additional expenses related to discovery or the making or opposing of Plaintiff's motion, as those expenses would also be unnecessary should the settlement offer be accepted and approved by the Court.

These requested continuances are warranted because requiring the parties to prepare for class certification, complete 30(b)(6) depositions, engage in the *Belaire West* Opt-out notice processes and file class certification motion as currently scheduled creates a substantial risk of wasted time and expense for both the parties and the Court. Continuing these deadlines will allow the parties to focus on exchanging the discovery needed for evaluating settlement. This way the parties will conserve judicial resources, and avoid incurring unnecessary litigation expenses associated with discovery and class certification motion preparation. Without the proposed continuances, the parties will be forced to engage in litigation without efforts devoted to mediation and settlement which could potentially resolve the matter in its entirety.

Therefore, Plaintiff respectfully proposes, and Defendants do not oppose the request, that the Court continue the class certification discovery cut-off to August 16, 2010, continue the deadline for filing the motion(s) for class certification to August 30, 2010, and reschedule the other dates to allow the parties to focus their efforts on attempting to finalize an agreeable settlement resulting from the private mediation.

1  **IT IS SO STIPULATED.**

2  Dated:  July 9, 2010

3  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

4

5  By _____

6  Jeffrey A. Dinkin
   Aaron W. Heisler
7  Matthew M. Sonne
8  Attorneys for Defendants
   Exxon Mobil Corporation and Station
9  Operators, Inc.

10

11 Dated:  July 9, 2010

12 JAMES HAWKINS APLC

13

14 By _____/S/_____

15 James R. Hawkins, Esq.
   Gregory E. Mauro, Esq.
16 Attorneys for Plaintiff Soheil Meili

17

18

19

20

21

22

23

24

25

26

27

28

W02-WEST:4JAD1\402752085.1

FURTHER STIPULATION FOR ORDER TO CONTINUE DISCOVERY CUT-OFF DATE,
CERTIFICATION HEARING DATE AND CORRESPONDING BRIEFING SCHEDULE
PENDING CONSIDERATION OF PRIVATE MEDIATION SETTLEMENT PROPOSAL