1  JAMES HAWKINS APLC
   JAMES R. HAWKINS, Esq. (SBN 192925)
2  GREGORY E. MAURO, Esq. (SBN 222239)
   9880 Research Drive, Suite 200
3  Irvine, CA 92618
   TEL: (949) 387-7200
4  FAX: (949) 387-6676
   E-mail:      James@jameshawkinsaplc.com
5               Greg@jameshawkinsaplc.com

6  Attorneys for Plaintiff, Soheil Meili, on
   behalf of himself and all others similarly
7  situated

8  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
9    Including Professional Corporations
   JEFFREY A. DINKIN, Cal. Bar No. 111422
10 AARON W. HEISLER, Cal. Bar No. 232344
   RUBEN D. ESCALANTE, Cal. Bar No. 244596
11 1111 Chapala Street, Third Floor
   Santa Barbara, California  93101-3100
12 Telephone:  805-879-1800
   Facsimile:  805-879-1855
13 E-mail:     jdinkin@sheppardmullin.com
               aheisler@sheppardmullin.com
14             rescalante@sheppardmullin.com

15 Attorneys For Defendants Exxon Mobil
   Corporation And Station Operators Inc.
16

17               UNITED STATES DISTRICT COURT

18      CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

19

20 | SOHEIL MEILI, on behalf of himself     Case No. SACV09-00485 DOC (ANx)
   | and all others similarly situated,
21 |                                         **DECLARATION OF MARK S.**
   |                  Plaintiffs,            **RUDY IN SUPPORT OF FURTHER**
22 |                                         **STIPULATION AND ORDER FOR**
   |        v.                               **CONTINUANCE**
23 |
   | EXXON MOBIL CORPORATION, a              The Honorable David O. Carter
24 | New Jersey Corporation; and DOES 1
   | through 100, inclusive,                 [Complaint Filed:  March 17, 2009]
25 |                                         [Removal Date:     April 17, 2009]
   |                  Defendants.            Trial Date:        None Set
26 |
27
28

-1-

I, Mark S. Rudy, declare as follows:

1.     I am an attorney with the law firm of Rudy Exelrod Zieff & Lowe, LLP, and am licensed to practice before the United States District Court for the District of Central California. I am submitting this declaration based on my on personal knowledge, and could and would testify to the content set forth herein if called to do so in a court of law.

2.     I have been serving as a mediator in employment and business-related cases since July 1988. I have mediated approximately 3,000 matters, with what I am proud to say is a high degree of success. I have mediated numerous wage and hour class actions, as well as represented litigants in many wage and hour class actions.

3.     I was retained to act as the mediator in the case entitled *Meili, et al. v Exxon Mobil Corporation, et al* The mediation took place on June 30, 2010, and lasted a full day.

4.     Based on my discussions with the parties, and on my experience in class action settlements, it is my opinion that the parties engaged in good faith efforts to settle this case at mediation and continue to do so.

5.     At the conclusion of the mediation, I was able to construct a settlement proposal that included certain significant terms that were different from the proposals that had been previously exchanged between the parties throughout the course of the day. One party has agreed to the proposal. Based on the nature of the proposal, the other party requires additional time to consider its terms. Accordingly, the parties agreed to seek a further continuance of the existing class certification related dates to allow full consideration of the settlement offer. In my opinion, if given sufficient time to consider the proposal and its terms, I believe there is a reasonable likelihood that this matter can be resolved.

6.     It is my further opinion that allowing the parties an additional period of at least 30 days from the date of this declaration to attempt to settle the case without having to complete the necessary discovery and prepare the pleadings related to the motion for class certification would greatly increase the chances of a settlement being achieved.

-2-

1

2          By signing below, I declare under penalty of perjury under the laws of the United

3    States of America that the foregoing is true and correct.

4          Executed on July 9, 2010, at San Francisco, California.

5

6                                                    _____
                                                            Mark. S. Rudy
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

W02-WEST:4JAD1\402752081.1                          DECLARATION OF MARK S. RUDY IN SUPPORT OF
                                                    STIPULATION AND ORDER FOR CONTINUANCE