JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. __8:09-cv-00485-DOC(ANx)__  Date __May 4, 2012__

Title: __Soheil Meili, etc. v. Exxon Mobil Corporation et al__

Present: The Honorable __DAVID O. CARTER__

| D. Beard for J. Barrera | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

Not Present                          Not Present

Proceedings:    ☐ In Court        ☒ In Chambers        ☒ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated __08/23/2011__ .

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____.

Initials of Preparer __db for jb__